**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00662-CV

———————————

**JEFF GROSSMAN, INDIVIDUALLY, AND MIRACLE RETREAT SPA INC., Appellants/Cross-Appellees**

**V.**

**OANH KIM VU, INDIVIDUALLY AND A. B. HAPPY, INC., Appellees/Cross-Appellants**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-03475**

---

## MEMORANDUM OPINION

Appellants/Cross-Appellees, Jeff Grossman, Individually, and Miracle Retreat Spa Inc., have filed a motion to dismiss their appeal because they no longer wish to pursue their appeal. Although appellants were unaware when they filed this

motion whether appellees opposed it, appellants subsequently filed a certificate of conference on March 25, 2023, indicating that appellees did not oppose the motion. On March 31, 2023, Appellees/Cross-Appellants, Oanh Kim Vu, Individually, and A. B. Happy Inc., filed a motion to dismiss their cross-appeal. Cross-Appellees/Cross-Appellants included a certificate of conference indicating that their motion is also unopposed.

Accordingly, we grant the motions and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.